BURLEW, Respondent, v. HUNTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Phebe Burlew against John L. Hunter. No opinion. Order affirmed, with costs.

BURNHAM v. BURNHAM. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Beekman T. Burnham against Emily A. Burnham. No opinion. Motion denied. See 45 N. Y. Supp. 1135.

CARRERE v. DUN. (Supreme Court, Appellate Division, First Department. December, 17, 1897.) Action by Fannie B. Carrere against Robert G. Dun. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 821.

In re CARTER. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the final accounting of Vaulx Carter, assignee. Interstate Steamboat Company and F. B. Vandegrift, appellants, and Vaulx Carter and N. T. Bacon, respondents. No opinion. Order resettled. See 47 N. Y. Supp. 383.

CARTY, Respondent, v. EHRICH et al., Appellants. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Jane Carty against Julius Ehrich and others. No opinion. Motion denied. See 45 N. Y. Supp. 1136.

CASSIDY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Sarah E. Cassidy against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $1,500, and extra allowance proportionately, in which event the judgment, as modified, is unanimously affirmed, without costs. All concur, except BARTLETT, J., who dissents solely as to reduction of recovery.

CENTRAL NAT. BANK v. BENNETT MFG. CORP. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by the Central National Bank against the Bennett Manufacturing Corporation. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1132.

CENTRAL TRUST CO., Respondent, v. BARSE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Central Trust Company against Mary H. Barse and others. A. Moot, for appellants. A. H. Van Brunt, for respondent. No opinion. Judgment and order affirmed, with costs.

CHAURANT v. MAILLARD. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Henry Chaurant against Henry Maillard. No opinion. Motion granted, with $10 costs.

In re CHEESEBROUGH. (Supreme Court, Appellate Division, First Department. November 12, 1897.) In the matter of Julius F. Cheesebrough. No opinion. Motion granted, with $10 costs.

CHINNERY, Respondent, v. UNITED STATES INDUSTRIAL INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Michael Chinnery, as administrator, etc., of Catharine Chinnery, deceased, against the United States Industrial Insurance Company. No opinion. Judgment and order affirmed, with costs. See 44 N. Y. Supp. 581.

CHRYSTAL, Respondent, v. MASSACHUSETTS NAT. LIFE ASS'N. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Eugene Chrystal against the Massachusetts National Life Association. No opinion. Judgment affirmed, with costs.

CITY OF JOHNSTOWN, Respondent, v. Rogers et al., Appellants. (Supreme Court, Appellate Division, Third Department. September Term, 1897.) Action by the city of Johnstown against Andrew J. Rogers, impleaded with David Ireland and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to serve an amended answer within 20 days, upon payment of the costs of the demurrer and of this appeal. See 47 N. Y. Supp. 1132.

COLLINS, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Hattie A. T. Collins against Andrew L. Taylor. No opinion. Order affirmed, with $10 costs and disbursements.

COLONEY et al., Respondents, v. FARROW, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Agnes E. Coloney and others against Edwin Farrow. No opinion. Judgment and order affirmed, with costs.

COLONEY, Appellant, v. FARROW, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Jay C. Coloney against Edwin Farrow. No opinion. Judgment and order affirmed, with costs. See 39 N. Y. Supp. 460.

In re COLONIAL CITY TRACTION CO. (Supreme Court, Appellate Division, Third Department. December 8, 1897.) In the matter of the application of the Colonial City Traction Company for the appointment of commissioners. No opinion. Application granted, and Alonzo P. Strong, J. W. Houghton, and James W. Eaton appointed as commissioners. Order to be settled before Mr. Justice HERRICK. See 47 N. Y. Supp. 1133.

COOPER et al., Respondents, v. BECKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.)